UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>OPEN MOUNTAIN ENERGY, LLC, §<br>§<br>Defendant. § | CIVIL ACTION NO. _____ |

# INDEX OF MATTERS FILED IN STATE COURT

Pursuant to 28 U.S.C. § 1447(b) and Local Rule 81, Open Mountain Energy, LLC files this Index of Matters Filed in State Court (the "**Index**") – Cause No. 2023-80350, *Halliburton Energy Services, Inc. v. Open Mountain Energy LLC*, in the 55th District Court of Harris County, Texas (the "**State Court Action**").  Attached to this Index are the following:

Exhibit 1:   Citation issued on November 21, 2023.

Exhibit 2:   Receipt showing the Harris County District Clerk placed the citation and petition in the mail to Open Mountain's registered agent for service of process on November 22, 2023.

Exhibit 3:   Email to Open Mountain from its registered agent for service of process showing the citation and petition were served on December 4, 2023.

Exhibit 4:   Pleadings Asserting Causes of Action Filed in the State Court Action

- Plaintiff's Original Petition filed on November 17, 2023.

Exhibit 5:   The Docket Sheet in the State Court Action

Exhibit 6:   List of All Counsel of Record

The state court judge did not sign any orders in the State Court Action prior to removal.

1

4888-7792-3226.1

Respectfully submitted,

/s/ *Michael A. (Mitch) Ackal, III*
Michael A. (Mitch) Ackal, III
Texas Bar No. 24045367
S.D. Tex. Bar No. 573925
mackal@grayreed.com
GRAY REED & MCGRAW LLP
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
(713) 986-7000 (Telephone)
(713) 986-7100 (Telefax)

**ATTORNEY-IN-CHARGE FOR**
**OPEN MOUNTAIN ENERGY, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Removal* was served upon the following counsel of record on this 2nd day of January, 2024, via (i) electronic mail, and (ii) certified mail, return receipt requested:

Jeff Carruth
jcarruth@wkpz.com
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
24 Greenway Plaza, Suite 2500
Houston, Texas 77046

/s/ *Michael A. (Mitch) Ackal, III*
Michael A. (Mitch) Ackal, III

2

4888-7792-3226.1

## LIST OF ALL COUNSEL OF RECORD

1. **Counsel for Halliburton Energy Services, Inc.**

   Jeff Carruth
   jcarruth@wkpz.com

   WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
   24 Greenway Plaza, Suite 2500
   Houston, Texas 77046
   (713) 341-1158 (Telephone)
   (866) 666-5322 (Telefax)

2. **Counsel for Open Mountain Energy, LLC**

   Michael A. (Mitch) Ackal, III
   mackal@grayreed.com


   GRAY REED & MCGRAW LLP
   1300 Post Oak Blvd., Suite 2000
   Houston, Texas 77056
   (713) 986-7000 (Telephone)
   (713) 986-7100 (Telefax)

4888-7792-3226.1