# EXHIBIT 1

7019 0140 0000 5910 3381

P.2

CAUSE NO. 202380350

RECEIPT NO. 974653            75.00     CTM
           \*\*\*\*\*\*\*\*\*          TR # 74258157

PLAINTIFF: HALLIBURTON ENERGY SERVICES INC        In The    55th
        vs.                                               Judicial District Court
DEFENDANT: OPEN MOUNTAIN ENERGY LLC               of Harris County, Texas
                                                                         55TH DISTRICT COURT
                                                                        Houston, TX

                                  CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

TO: OPEN MOUNTAIN ENERGY LLC (DELAWARE LIMITED LIABILITY COMPANY)
     MAY BE SERVED THROUGH ITS REGISTERED AGENT COGENCY GLOBAL INC

     850   NEW BURTON ROAD SUITE 201    DOVER   DE   19904

     Attached is a copy of <u>PLAINTIFFS ORIGINAL PETITION</u>

This instrument was filed on the <u>17th day of November, 2023</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10.00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.
TO OFFICER SERVING:
      This citation was issued on 21st day of November, 2023, under my hand and
seal of said Court.

                                                                  *Marilyn Burgess*

<u>Issued at request of</u>:                                MARILYN BURGESS, District Clerk
CARRUTH, JEFFERY DAYNE                         Harris County, Texas
11    GREENWAY PLZ #1400                      201 Caroline, Houston, Texas 77002
HOUSTON, TX    77046                            (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 341-1158
<u>Bar No.</u>· 24001846
                                                       Generated By: CLAUSELL, CYNTHIA RGI//12437782

---

                                                CLERK'S RETURN BY MAILING

Came to hand the        day of                             ,        , and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy    of    this     citation   together    with    an    attached    copy    of
PLAINTIFFS ORIGINAL PETITION
to the following addressee at address:

 

                                       ADDRESS

                                       Service was executed in accordance with Rule 106
(a)ADDRESSEE                               (2) TRCP, upon the Defendant as evidenced by the
                                               return receipt incorporated herein and attached
                                               hereto at

 

                                       on       day of                    ,       
                                       by U.S. Postal delivery to

                                       This citation was not executed for the following
                                       reason:

                                       MARILYN BURGESS, District Clerk
                                       Harris County, TEXAS

                                       By                                 , Deputy

*Unofficial Copy Office of Marilyn Burgess District Clerk*

N INT CITM P                             \*74258157\*                          RECORDER'S MEMORANDUM
                                                                           This instrument is of poor quality
                                                                            at the time of imaging

7019 0140 0000 5910 3387

CAUSE NO. 202380350

| | | |
|---|---|---|
| RECEIPT NO. 974653 | 75.00 | CTM |
| ********* | TR # 74258157 | |

PLAINTIFF: HALLIBURTON ENERGY SERVICES INC
       vs.
DEFENDANT: OPEN MOUNTAIN ENERGY LLC

In The   55th
Judicial District Court
of Harris County, Texas
55TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: OPEN MOUNTAIN ENERGY LLC (DELAWARE LIMITED LIABILITY COMPANY)
    MAY BE SERVED THROUGH ITS REGISTERED AGENT COGENCY GLOBAL INC

    850  NEW BURTON ROAD SUITE 201    DOVER  DE  19904

    Attached is a copy of PLAINTIFFS ORIGINAL PETITION

This instrument was filed on the 17th day of November, 2023, in the above cited cause number and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.
TO OFFICER SERVING:
       This citation was issued on 21st day of November, 2023, under my hand and seal of said Court.

Issued at request of:
CARRUTH, JEFFERY DAYNE
11  GREENWAY PLZ #1400
HOUSTON, TX  77046
Tel: (713) 341-1158
Bar No.: 24001846

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By. CLAUSELL, CYNTHIA  RGI//12437782

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFFS ORIGINAL PETITION
to the following addressee at address:

_____

_____
(a)ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
   (2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at

_____
on _____ day of _____, _____
by U.S. Postal delivery to _____

This citation was not executed for the following reason. _____

MARILYN BURGESS, District Clerk
Harris County, TEXAS

By _____, Deputy

N INT CITM P                                      *74258157*