# EXHIBIT 2

Case 4:24-cv-00005   Document 2-2   Filed on 01/02/24 in TXSD   Page 1 of 2



RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.