# EXHIBIT 3



**From:** sop@cogencyglobal.com <sop@cogencyglobal.com>
**Sent:** Monday, December 4, 2023 1:55 PM
**To:** Brady Olson <brady@openmountainenergy.com>
**Subject:** Service of Process for Entity: OPEN MOUNTAIN ENERGY, LLC

You don't often get email from sop@cogencyglobal.com. Learn why this is important



# NOTICE OF SERVICE OF PROCESS

**Entity Served:**    OPEN MOUNTAIN ENERGY, LLC
**Received in:**      Delaware

Cogency Global Inc. has received the enclosed document on behalf of the above named entity. As the appointed registered agent or agent for service of process for the entity, we are forwarding the document to you. By clicking the **"Retrieve Document"** button you acknowledge the receipt of this service of process on behalf of the entity listed.

| | |
|---:|:---|
| **Client Group:** | OPEN MOUNTAIN ENERGY, LLC |
| **SOP Number:** | 1216301 |
| **Document Type:** | Citation & Petition |
| **Date of Service:** | 12/4/2023 |
| **Service Method:** | Certified Mail |
| **Court:** | Harris County Judicial District Court, Texas |
| **Document Caption:** | Halliburton Energy Services, Inc. vs OPEN MOUNTAIN ENERGY, LLC |
| **Case Number:** | 2023-80350 |
| **Original to Follow:** | No |
| **Delivery Method:** | Email |

### Click Here to Retrieve Document

## Important Reminders

The above link is valid until 12/11/2023 at 11:59pm EST. The

document is also available for viewing at www.entitycentral.com. If you have any questions or concerns, please contact us at sop@cogencyglobal.com or 866-621-3524.

The original of this document will not follow, except if the service of process contains a check or is oversized. If you wish to receive the original document, please contact us within 7 days.

*This notice and, if applicable, document link (together, the "Notice") is being sent to, and is intended for, the contact designated in Cogency Global Inc.'s records to receive service of process. We are not responsible for any loss, injury, claim, liability, or damage arising from your use of or reliance on the information contained within the Notice, including, but not limited to, any error or omission in the information contained within the Notice or from any subsequent transmission or third-party access to the Notice. This Notice should be reviewed by your legal and/or tax advisors, and questions concerning whether or how to respond to any document received by us on your entity's behalf should be directed to them. The information contained in the transmittal portion of the Notice is solely for informational purposes, is not a substitute for legal or tax advice, and cannot be relied on to provide complete information.*

