# EXHIBIT 5

| HCDistrictclerk.com | HALLIBURTON ENERGY SERVICES INC vs. OPEN MOUNTAIN ENERGY LLC | 12/31/2023 |
|---|---|---|
| | Cause: 202380350    CDI: 7    Court: 055 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 11/17/2023 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | Debt/Contract - Debt/Contract |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | N/A |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 055th |
| **Address** | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:8329272650 |
| **JudgeName** | LATOSHA LEWIS PAYNE |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| HALLIBURTON ENERGY SERVICES INC | PLAINTIFF - CIVIL | | CARRUTH, JEFFERY DAYNE |
| OPEN MOUNTAIN ENERGY LLC | DEFENDANT - CIVIL | | |
| OPEN MOUNTAIN ENERGY LLC (DELAWARE LIMITED LIABILITY COMPANY) | REGISTERED AGENT | | |
| 850 NEW BURTON ROAD SUITE 201, DOVER, DE 19904 | | | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume/Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 11/17/2023 | ORIGINAL PETITION | | | 0 | | CARRUTH, JEFFERY DAYNE | HALLIBURTON ENERGY SERVICES INC |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (CERTIFIED) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | OPEN MOUNTAIN ENERGY LLC (DELAWARE LIMITED LIABILITY COMPANY) | 11/17/2023 | 11/21/2023 | | | | 74258157 | CVC/CTM SVCE BY CERTIFIED MAIL |
| | | | 850 NEW BURTON ROAD SUITE 201 DOVER DE 19904 | | | | | | | |
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | OPEN MOUNTAIN ENERGY LLC (DELAWARE LIMITED LIABILITY COMPANY) | 11/17/2023 | 11/21/2023 | | | | 74258159 | E-MAIL |
| | | | 850 NEW BURTON ROAD SUITE 201 DOVER DE 19904 | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 111704437 | Certified Mail Receipt | | 11/22/2023 | 1 |
| 111478959 | Certified Mail Tracking Number 7019 0140 0000 5910 3381 | | 11/21/2023 | 2 |
| 111407294 | PLAINTIFF'S ORIGINAL PETITION | | 11/17/2023 | 9 |
| ·> 111407295 | Exhibit 001 | | 11/17/2023 | 2 |
| ·> 111407296 | Exhibit 002 | | 11/17/2023 | 1 |
| ·> 111407297 | Exhibit 003 | | 11/17/2023 | 15 |
| 111414012 | Request for Issuance of Service | | 11/17/2023 | 1 |
| 111414085 | Request for Issuance of Service | | 11/17/2023 | 1 |