# EXHIBIT 6

# Exhibit 6

# List of All Counsel of Record

<u>Counsel for Plaintiff</u>

Jeff Carruth
jcarruth@wkpz.com
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
24 Greenway Plaza, Suite 2500
Houston, Texas 77046
(713) 341-1158
(866) 666-5322 (Fax)


<u>Counsel for Defendant</u>

Michael A. (Mitch) Ackal, III
mackal@grayreed.com
GRAY REED & MCGRAW LLP
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
(713) 986-7000
(713) 986-7100 (Fax)